■ In the Matter of Community Board No. 6 of the Borough of Manhattan et al., Petitioners, v Board of Standards and Appeals of the City of New York et al., Respondents,—Determination of the respondent Board of Standards and Appeals, dated July 23, 1974, unanimously confirmed, without costs and without disbursements. While this proceeding should have been disposed of at Special Term, this court may now consider it and determine it on the merits (CPLR 7804, subd [g]; General City Law,

§ 82, subd 1, par [c]; *Matter of Willow Garden Apts. v Riker,* 36 AD2d 892). Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Capozzoli, JJ.